**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com

**MALEK MOSS PLLC**
KEVIN N. MALEK, ESQ. (*pro hac vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff*
*VoIP-Pal.com, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VOIP-PAL.COM, INC., a Nevada corporation,<br><br>*Plaintiff*,<br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON LAB126,<br><br>*Defendants*. | CASE NO.: 2:18-cv-01076<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS AMAZON.COM, INC., AND AMAZON TECHNOLOGIES, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Voip-Pal.com, Inc. ("Plaintiff") and Defendants Amazon.com, Inc., and Amazon Technologies, Inc. (collectively, "Defendants") state the following:

The Complaint was filed on June 15, 2018. Defendant Amazon.com, Inc. was served with the Complaint on September 11, 2018. Defendant Amazon Technologies, Inc. was served with the Complaint on September 10, 2018. Defendants have requested, and Plaintiff has agreed to grant,

an extension of time up to and including November 30, 2018, to file and serve its answer or other response to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

ALVERSON TAYLOR MORTENSON
& SANDERS


By: __/s/_____
Kurt R. Bonds
Adam R. Knecht
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
Tel: 702-384-7000
E-mail: efile@alversontaylor.com

Kevin N. Malek
MALEK MOSS PLLC
340 Madison Avenue, 19th Floor
New York, NY 10173
Tel: 212-812-1491
E-mail: kevin.malek@malekmoss.com

*Attorneys for Plaintiff Voip-Pal.com, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __10-1-2018_____